NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NELSON F. GOMEZ,**
*Petitioner*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent*

---

2022-2024

---

Petition for review of the Merit Systems Protection Board in No. NY-0752-21-0068-I-2.

---

**JUDGMENT**

---

CHRISTOPHER A. ZAMPOGNA, Zampogna PC, Washington, DC, argued for petitioner.

LIRIDONA SINANI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 13, 2024
Date

Jarrett B. Perlow
Clerk of Court